PAMELA L. SCHULTZ (SBN 269032)
pamela.schultz@kennedyslaw.com
KENNEDYS CMK LLP
101 California Street, Suite 1225
San Francisco, CA 94111
Telephone:    415-323-4463
Facsimile:    415-323-4445

Attorneys for Plaintiff
JALDHI OVERSEAS PTE. LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JALDHI OVERSEAS PTE. LTD., | Case No. 4:21-cv-03817-KAW |
| Plaintiff, | **IN ADMIRALTY** |
| v. | **STIPULATION OF DISMISSAL AND REQUEST FOR ORDER VACATING THE MARITIME ATTACHMENT** |
| CEDAR VI INC., | |
| Defendants. | |

WHEREAS on May 20, 2021, JALDHI OVERSEAS PTE. LTD. ("Plaintiff") filed a Verified Complaint advancing a breach of contract claim against Defendant CEDAR VI INC. ("Defendant"), seeking attachment of funds of Defendant;

WHEREAS on or about June 7, 2021, Wells Fargo formally notified Plaintiff that funds in the amount of $123,967.40 had been attached pursuant to a Process of Maritime Attachment and Garnishment issued by this Court at the request of Plaintiff (including ECF No. 11, 12 and 13);

WHEREAS Plaintiff and Defendant have executed a Settlement Agreement in connection with Plaintiff's claim in this matter, dated August 25, 2021;

NOW THEREFORE:

IT IS HEREBY STIPULATED AND ORDERED  that this action shall be dismissed with prejudice in its entirety and without fees or costs to any party.

IT IS HEREBY FURTHER STIPULATED AND ORDERED that the Process of Maritime

Attachment and Garnishment shall be vacated and the funds presently held by Wells Fargo released from any further restrictions without further order of the court. .

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD

DATED: August 27, 2021                    KENNEDYS CMK LLP

                                          By: /s/ *Pamela L. Schultz*
                                          PAMELA L. SCHULTZ
                                          Attorneys for Plaintiff
                                          JALDHI OVERSEAS PTE. LTD.

DATED: August 27, 2021                    Peacock Piper Tong + Voss LLP

                                          By: /s/ *Tara Voss*
                                          TARA VOSS
                                          Attorneys for Defendant
                                          CEDAR VI INC.

I, Pamela L. Schultz, am the attorney whose login and password are being used to file this Stipulation. I hereby attest that Tara Voss has concurred in its content and filing.

/s/ *Pamela L. Schultz*

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

DATED:   September 10   , 2021

                                          Hon. Kandis A. Westmore
                                          United States Magistrate Judge